**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| THE TEXTING COMPANY, LLC, d/b/a Textedly.com and Textedly,<br><br>Plaintiff,<br><br>v.<br><br>TEXTLA LLC, LUCAS BRICKMAN, as an Officer of Textla and in his individual capacity, JOHN or JANE DOE 1, and JOHN or JANE DOE 2,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-00057-CLC-MJD |

**DEFENDANT'S RULE 7.1 CORPORATE INTEREST DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Defendant Textla, LLC., certify to the best of my knowledge and belief:

**x** My client has no corporate interests to be certified under Federal Rule of Civil Procedure 7.1.

Dated: April 25, 2025.

**MILLER & MARTIN PLLC**

By: /s/ *Kyle W. Eiselstein*
Kyle W. Eiselstein, BPR No. 20727
Erin E. Steelman, BPR No. 38463

Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Phone: 423-756-6600
Fax: 423-785-8480
Kyle.Eiselstein@millermartin.com
Erin.Steelman@millermartin.com

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, a copy of the foregoing corporate disclosure statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 25th day of April, 2025.

**MILLER & MARTIN PLLC**

By: *s/ Kyle W. Eiselstein*
Kyle W. Eiselstein