# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE TEXTING COMPANY LLC. d/b/a Textedly.com and Textedly, </br></br> Plaintiff, </br></br> v. </br></br> TEXTLA LLC, LUCAS BRICKMAN, as an officer of Textla and in his individual capacity, JOHN or JANE DOE 1, and JOHN or JANE DOE 2, </br></br> Defendants. | Case No. 1:25-cv-00057-CLC-MJD </br></br> **NOTICE OF VOLUNTARY** </br> **DISMISSAL WITH PREJUDICE** |

Plaintiff The Texting Company, LLC, by and through its undersigned counsel, hereby gives notice that the above captioned action is dismissed with prejudice and without costs against Defendants Textla LLC and Lucas Brickman ("Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment in this action.

//

//

//

//

//

//

//

//

Date:  June 24, 2025                                    Respectfully submitted,

                                                        /s/ A. Paul Heeringa
                                                        MANATT, PHELPS & PHILLIPS, LLP
                                                        A. PAUL HEERINGA*
                                                        pheeringa@manatt.com
                                                        151 North Franklin Street, Suite 2600
                                                        Chicago, IL 60606
                                                        Telephone: 312.529.6308
                                                        Facsimile: 312.529.6315
                                                        *Admitted via Pro Hac Vice

                                                        MANATT, PHELPS & PHILLIPS, LLP
                                                        BRANDON P. REILLY*
                                                        breilly@manatt.com
                                                        1 Embarcadero Center
                                                        San Francisco, CA 94111
                                                        Telephone: 415.291.7400
                                                        Facsimile: 415.291.7474
                                                        *Admitted via Pro hac Vice

                                                        STITES & HARBISON PLLC
                                                        SAMUEL F. MILLER (BPR #022936)
                                                        smiller@stites.com
                                                        401 Commerce St Ste 800
                                                        Nashville, TN 37219
                                                        Telephone: 615.783.2200
                                                        Facsimile: 615.782.2371


                              **CERTIFICATE OF SERVICE**

        I, A. Paul Heeringa, hereby certify that, on June 24, 2025, I caused a true and accurate copy
of the foregoing document to be served via the Court's CM/ECF filing system on all counsel of
record.

                                                /s/ A. Paul Heeringa
                                                A. Paul Heeringa